

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00199-CV

**IN RE** Mark **ORTEGA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               Velia J. Meza, Justice

Delivered and Filed: April 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On March 31, 2025, relator Mark Ortega filed a petition for writ of mandamus asking this Court to vacate a trial court order abating the trial court proceedings and compelling arbitration. Relator also requests an order staying any potential arbitral proceedings filed in accordance with the trial court order. After considering the petition, record, and law, the court has determined that relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CV07299, styled *American Express National Bank v. Mark Ortega a/k/a Mark A. Ortega and Grovano Inc.*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.